🖨 Print 2022-CC-000003-O : JASON A CORNIEL vs. FIRST NATIONAL COLLECTION BUREAU INC

## Case Header

Case Type: CC - County Civil $8,001 - $15,000
Date Filed: 12/30/2021
Location: Div 75
UCN: 482022CC000003A001OX
Judge: Andrew Bain
Status: Pending
Citation Number:
Compliance Date:

## Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| JASON A CORNIEL | Plaintiff | THOMAS PATTI | 844-542-7235 |
| FIRST NATIONAL COLLECTION BUREAU INC | Defendant | | |

## Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

## Docket Events

Document Status: 📄 = Public   🔒 = VOR   📁 = Confidential   ✉ = Sealed   ⊘ = Request Pending.

| Date | Description | Pages | Doc |
|---|---|---|---|
| 01/06/2022 | | 2 | |
| 01/03/2022 | Comments: emailed attorney | 2 | |
| 12/30/2021 | | 3 | |
| 12/30/2021 | | 12 | |
| 12/30/2021 | | 13 | |
| 12/30/2021 | | 3 | |
| 12/30/2021 | Case Initiated | | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|---|---|---|---|---|---|

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 12/30/2021 | Transaction Assessment | | 310.00 |
| 12/30/2021 | Payment | CORNIEL, JASON A | -310.00 |

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|---|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|