

# Orange County Clerk - Court Records Search

## 2022-CC-000003-O : JASON A CORNIELvs. FIRST NATIONAL COLLECTION BUREAU INC

| | | | |
|---|---|---|---|
| Case Type: | CC - County Civil $8,001 - $15,000 | Date Filed: | 12/30/2021 |
| Location: | Div 75 | UCN: | 482022CC000003A001OX |
| Judge: | Andrew Bain | Status: | Pending |
| Citation Number: | CC - County Civil $8,001 - $15,000 | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| JASON A CORNIEL | Plaintiff | THOMAS PATTI | 844-542-7235 |
| FIRST NATIONAL COLLECTION BUREAU INC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 1/6/2022 | Notification re: Civil Case Management | 2 |
| 1/3/2022 | Summons Issued Electronically as to | 2 |
| | Comments: emailed attorney | |
| 12/30/2021 | General Standing Case Management Plan/Order | 3 |
| 12/30/2021 | Request | 12 |
| 12/30/2021 | Complaint | 13 |
| 12/30/2021 | Civil Cover Sheet | 3 |
| 12/30/2021 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 12/30/2021 | Transaction Assessment | | 310.00 |
| 12/30/2021 | Payment | CORNIEL, JASON A | -310.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|